INTERSTATE BROADCASTING COMPANY, Inc., Petitioner

v.

UNITED STATES of America, and Federal Communications Commission, Respondents.

No. 15619.

United States Court of Appeals District of Columbia Circuit.

Argued Nov. 10, 1960.

Decided Dec. 22, 1960.

Messrs. Maurice M. Jansky and Carl H. Imlay, Washington, D. C., for petitioner. Mr. Philip G. Loucks, Washington, D. C., also entered an appearance for petitioner.

Mr. Richard M. Zwolinski, Counsel, Federal Communications Commission, with whom Messrs. John L. FitzGerald, Gen. Counsel, Federal Communications Commission, Max D. Paglin, Asst. Gen. Counsel, Federal Communications Commission, and Richard A. Solomon, Atty. Dept. of Justice, were on the brief, for respondents.

Before EDGERTON, BAZELON and BURGER, Circuit Judges.

PER CURIAM.

On the authority of Interstate Broadcasting Co. v. United States of America, and Federal Communications Comm., 109 U.S.App.D.C. ——, 286 F.2d 539, the Commission's order denying intervention is reversed and the Commission is directed to allow Interstate to intervene in its proceedings.

So ordered.